**In re Marriage of Keith WITT and Kathy L. Witt.**

**Keith Witt, Petitioner/Appellant/Cross–Respondent,**

**v.**

**Kathy L. Witt, n/k/a Kathy L. Hauer, Respondent/Respondent/Cross–Appellant.**

**Nos. ED 81200, ED 81342.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 1, 2004.

Rehearing Denied July 21, 2004.

Francis J. Murphy, III, K. Aileen Simpson, Cordell & Cordell, P.C., St. Louis, MO, for appellant.

Lawrence G. Gillespie, Gillespie, Hetlage & Coughlin, L.L.C., Clayton, MO, Julianne Platz Hand, Kramer & Hand, Hillsboro, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Both parties appeal from a judgment entered on the parties' cross motions to modify a dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).